# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SUELLEN KLOSSNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IADU TABLE MOUND MHP, LLC and IMPACT MHC MANAGEMENT, LLC,<br><br>　　　　Defendants. | No. 20-CV-1037-CJW-KEM<br><br><br>**ORDER AND JUDGMENT** |

_____

This matter is before the Court on defendants' Motion for Final Judgment on Plaintiff's Fair Housing Amendments Act ("FHAA") claim. (Doc. 89).[1] On October 5, 2021, the Court issued an order reflecting its findings of fact and conclusions of law after a bench trial on plaintiff's FHAA claim. (Doc. 82). The Court found in favor of plaintiff and granted her request for injunctive relief, but found no basis to award her damages. (*Id*.). Thus, to be clear, **the Court issues judgment in favor of plaintiff on her FHAA claim**. To that extent, the Court **grants** defendants' motion. (Doc. 89).

Defendants brought the instant motion because their attempt to appeal this Court's order has apparently run into possible problems identified by the Eighth Circuit Court of Appeals. The absence of a formal judgment on plaintiff's FHAA claim apparently was one hurdle, which this Court's order and judgment addresses. The second hurdle is the fact that plaintiff still has state-law causes of action pending in this Court. The parties jointly agreed to have an expedited bench trial on the FHAA claim, leaving the state court claims to be resolved at a later time. They have not yet been resolved and remain

---

[1] At the time defendants filed their motion, plaintiff had not yet indicated whether it resisted defendants' motion. Since that time, plaintiff's counsel has informed the Court by email that it does not resist the motion.

pending. The Court expresses no opinion about whether the continued existence of those state law claims divests the Court of Appeals of jurisdiction to address this Court's ruling on plaintiff's FHAA claim; that is for the Eighth Circuit Court of Appeals to determine.

For these reasons, the **Court issues judgment in favor of plaintiff on her FHAA claim** and **grants** defendants' Motion for Final Judgment on Plaintiff's FHAA claim. (Doc. 89).

**IT IS SO ORDERED** this 5th day of November, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa